Sayovong **VONGCHAREUNEXAY**, **Respondent**,

v.

**DIRECTOR OF REVENUE, Appellant.**

No. 74388.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 23, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Harold E. Horsley Jr., St. Louis, MO, for respondent.

denied as moot.

Before PAUL J. SIMON, P.J.,
KATHIANNE KNAUP CRANE, and
LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Director of Revenue appeals from the judgment reinstating Sayovong Vongchareunexay's driving privileges, which had been suspended pursuant to Section 302.505, RSMo.Cum.Supp.1997. We have reviewed the briefs and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).